FILED

06/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0202

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0202

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RONALD AUGUST WILCOX,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Katherine E. Anderson is granted an extension of time to and including July 28, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 26 2023